UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
(1) WILLIAM ROOSEVELT CLOUD )
(5) JUDERITA RUSSELL )
)

DOCKET NO. 3:06CR96-W

**GOVERNMENT'S EXHIBIT LIST**

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| | **BACKGROUND DOCUMENTS** | | | |
| | **Documents re: William Cloud and Prestigious Homes** | | | |
| 1 | Articles of incorporation for Prestigious Homes with William Cloud as registered agent | | 10/17 | Stip |
| 2 | Articles of incorporation for Fonmar Children's Care with William Cloud as registered agent | | 10/17 | Stip |
| 3 | Articles of incorporation for Fonmar Children's Nonprofit Organization with William Cloud as registered agent | | 10/17 | Stip |
| 4 | Articles of incorporation for G.G. Tamran, Inc., with William Cloud as registered agent | | 10/17 | Shp |
| 5a | 1999 Tax Return for William and Maria Cloud | | | |
| 5b | 2000 Tax Return for William and Maria Cloud | | | |
| 5c | 2001 Tax Return for William and Maria Cloud | | | |

*United States v. Cloud, Russell*                    Government's Exhibit List, Page 1

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 5d | 2002 Tax Records for William and Maria Cloud | | | |
| 5e | 2003 Tax Return for William and Maria Cloud | | | |
| 5f | Reserved | | | |
| 5g | 2004 Tax Return for William and Maria Cloud | | | |
| 5h | Certifications of no return filed by William and Maria Cloud for tax years 2005 and 2006 and related records | | | |
| 6 | Personal financial statement of William and Maria Cloud dated 6/23/02 | | | |
| 7-14 | RESERVED | | | |
| **Charts** | | | | |
| 15 | Real Estate Transaction Chart | ✓ | ✓ | Sherrill |
| 16 | Cloud/Russell Transaction Chart | ✓ | ✓ | Dauria Lee |
| 17 | Promoter/Underwriter Transaction Chart | | | |
| 18-19 | RESERVED | | | |
| **Documents re: Juderita Russell** | | | | |
| 20 | Advice and Waiver of Rights form | | | |
| 21a | 2000 Tax Return for Juderita and Earl Russell | | | |
| 21b | 2001 Tax Return for Juderita and Earl Russell | | | |

*United States v. Cloud, Russell*        Government's Exhibit List, Page 2

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 21c | 2002 Tax Return for Juderita and Earl Russell | | | |
| 21d | 2003 Tax Return for Juderita and Earl Russell | | | |
| 21e | 2004 Tax Return for Juderita and Earl Russell | | | |
| 21f | 2005 Tax Return for Juderita and Earl Russell | | | |
| 21g | 2006 Tax Return for Juderita and Earl Russell | | | |
| 22 | Personnel File | Saul | 10/16 | Stip |
| 23a | PMI Employee Handbook | | 10/16 | Stip |
| 23b | PMI Business Ethics Handbook | Saul | 10/16 | Stip. |
| 23c | PMI Temporary Employee Handbook | | | |
| 24-29 | RESERVED | | | |
| **Co-Conspirator Documents** | | | | |
| 30a | Michael Bryant Plea Agreement | | | |
| 30b | Michael Bryant Bill of Information | | | |
| 31a | Joseph Goines Plea Agreement (Redacted) | ✓ | 10/15 | Goines |
| 31b | Joseph Goines Bill of Information | | | |
| 31c | Joseph Goines 5K1.1 motion | | | |
| 32a | Kim Dauria Plea Agreement | ✓ | 10/15 | Dauria |

*United States v. Cloud, Russell*          Government's Exhibit List, Page 3

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 33a | John Lee Plea Agreement | ✓ | ✓ | Lee | 10-10 |
| 33b | John Lee Bill of Information | ✓ | ✓ | Lee | 10-10 |
| 34a | Leon Orr Plea Agreement | | | | |
| 34b | Leon Orr Bill of Information | | | | |
| 34c | Leon Orr 5K1.1 motion | | | | |
| 35a | Consolacion Wright Plea Agreement | | | | |
| 35b | Consolacion Wright Bill of Information | | | | |
| 36a | Don Henderson Plea Agreement | ✓ | 10/16 | Henderson | |
| 36b | Don Henderson Bill of Information | | | | |
| 36c | Don Henderson 5K1.1 motion | | | | |
| 37a | Daniel E. Greene Plea Agreement | ✓ | ✓ | Greene | |
| 38a | Amy Phillips Plea Agreement | | | | |
| 38b | Amy Phillips Bill of Information | | | | |
| 38c | Amy Phillips 5K1.1 motion | | | | |
| 39a | Ken Strong Plea Agreement | ✓ | ✓ | Strong | 10-10 |
| 39b | Ken Strong Bill of Information | ✓ | ✓ | Strong | 10-10 |
| 40a | Billy Phillips Plea Agreement | | | | |

*United States v. Cloud, Russell*                    Government's Exhibit List, Page 4

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|---|---|---|---|---|---|
| 40b | Billy Phillips Bill of Information | | | | |
| 41a | Maria Cloud Plea Agreement | | | | |
| **Blank Loan Documents** | | | | | |
| 42 | Blank Loan Application (Form 1003) | ✓ | ✓ | Sherrill | 10-9 |
| 43a | Blank ("VOD") Verification of Deposit | ✓ | ✓ | Sherrill | 10-9 |
| 43b | Blank ("VOE") Verification of Employment | ✓ | ✓ | Sherrill | 10-9 |
| **FDIC Certifications** | | | | | |
| 44 | FDIC Certification re: Fleet Bank | ✓ | ✓ | Washington Mutual | 10-9 |
| 45 | FDIC Certification re: Bank of America | ✓ | ✓ | BOA | 10-9 |
| 46  46-1  Checks - Chase | FDIC Certification re: Chase Manhattan Bank | ✓ | ✓ | Chase | 10-9 |
| 47 | FDIC Certification re: Wells Fargo Bank | ✓ | ✓ | Wells Fargo | 10-9 |
| 48 | FDIC Certification re: Washington Mutual Bank | ✓ | ✓ | Washington Mutual | 10-9 |
| 49 | FDIC Certification re: National City Bank | ✓ | ✓ | Nat'l City Mort. | 10-9 |
| **DOCUMENTS REGARDING FRAUDULENT REAL ESTATE TRANSACTIONS** | | | | | |
| **Documents re: 300 Cherry Wood Lane, Charlotte, North Carolina** | | | | | |
| 50a | Settlement Statement re: purchase by Bryant | ✓ | ✓ | Lee | 10/9 |
| 50b | Settlement Statement re: sale to Mirman | ✓ | ✓ | | 10/1 |

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 50c | Sales Contract | ✓ | ✓ | *Lee* | 10-9 |
| 50d | Appraisal | ✓ | ✓ | | 10-9 |
| 50c | Loan Application and file | ✓ | ✓ | | 10-9 |
| 50f | Deed of Trust and Warranty Deed | ✓ | ✓ | | 10-9 |
| 50g | Attorney's file and disbursement records | ✓ | ✓ | | 10-9 |
| 50h | Lender letter   Conditional | ✓ | ✓ | ↓ | 10-9 |
| **Documents re: 1301 Fontana Avenue, Charlotte, North Carolina** | | | | | |
| 51a | Settlement Statement re: purchase by Bryant | ✓ | ✓ | *Lee* | 10-9 |
| 51b | Settlement Statement re: sale to Mirman | ✓ | ✓ | | 10-9 |
| 51c | Sales Contract | ✓ | ✓ | | 10-9 |
| 51d | Appraisal | ✓ | ✓ | | 10-9 |
| 51e | Loan Application and file | ✓ | ✓ | | 10-9 |
| 51f | Deed of Trust and Warranty Deed | ✓ | ✓ | | 10-9 |
| 51g | Attorney's file and disbursement records | ✓ | ✓ | ↓ | 10-9 |
| **Documents re: 1921 Teddington Drive, Charlotte, North Carolina** | | | | | |
| 52a | Settlement Statement re: purchase by Bryant | ✓ | ✓ | *Lee* | 10-9 |
| 52b | Settlement Statement re: sale to Mirman | ✓ | ✓ | *Wash. M.* | 10-9 |
| 52c | Sales Contract | ✓ | ✓ | *Wash. M.* | 10-9 |

*United States v. Cloud, Russell*                    Government's Exhibit List, Page 6

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|---|---|---|---|---|---|
| 52d | Appraisal | ✓ | ✓ | Wash Mut | 10-9 |
| 52e | Loan Application and file | ✓ | ✓ | Wash Mut | 10-9 |
| 52f | Deed of Trust and Warranty Deed | ✓ | ✓ | Lee | 10-9 |
| 52g | Attorney's file and disbursement records | ✓ | ✓ | \ | 10-9 |
| 52h | Lender letter *Conditional* | ✓ | ✓ | Wash Mu | 10-9 |
| **Documents re: 1601 and 1601-1 Maribel Avenue, Charlotte, North Carolina** | | | | | |
| 53a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 53b | Settlement Statement re: sale to Moore | ✓ | ✓ | Thompson Lee | 10-9 |
| 53c | Sales Contract | ✓ | ✓ | Lee | 10-9 |
| 53d-e | Reserved | | | | |
| 53f | Deed of Trust and Warranty Deed | ✓ | ✓ | Lee | 10-9 |
| 53g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |
| 53h | Lender letter *Conditional* | | ✓ | Lee | 10-9 |
| **Documents re: 6301 Big Oak Lane, Charlotte, North Carolina** | | | | | |
| 54a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Moore Countrywide | 10-9 |
| 54b | Settlement Statement re: sale to Moore | ✓ | ✓ | Moore Countrywide | 10-9 |
| 54c | Sales Contract | ✓ | ✓ | Moore Countrywide | 10-9 |
| 54d | Appraisal | ✓ | ✓ | Countrywide | 10-9 |

*United States v. Cloud, Russell*     Government's Exhibit List, Page 7

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 54e | Loan Application and file | ✓ | ✓ | Dauria Countywide | 10-9 |
| 54f | Deed of Trust and Warranty Deed | | | | |
| 54g | Handwritten note from Cloud to Moore | | | | |
| 54h | Lender letter | | | | |
| 54i | Moore's true 1999 tax return | ✓ | 10/15 | Moore Dauria | |
| **Documents re: 830 Overhill Drive, Charlotte, North Carolina** | | | | | |
| 55a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 55b | Settlement Statement re: sale to Reid | ✓ | ✓ | Lee | 10-9 |
| 55c | Sales Contract | ✓ | ✓ | Lee | 10-9 |
| 55d | Appraisal | | | | |
| 55e | Loan Application and file | ✓ | ✓ | Lee | 10-9 |
| 55f | Deed of Trust and Warranty Deed | ✓ | ✓ | Lee | 10-9 |
| 55g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |
| **Documents re: 349 Oates Drive, Charlotte, North Carolina** | | | | | |
| 56a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 56b | Settlement Statement re: sale to Erby | ✓ | ✓ | Wash Mut | 10-9 |
| 56c | Sales Contract | ✓ | ✓ | Lee | 10-9 |
| 56d | Appraisal | ✓ | ✓ | Wash Mut | 10-9 |

*United States v. Cloud, Russell*    Government's Exhibit List, Page 8

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 56e | Loan Application and file | ✓ | ✓ | Dauria Wash. Mut | 10-9 |
| 56f | Deed of Trust and Warranty Deed | ✓ | ✓ | Wash. Mut | 10-9 |
| 56g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |
| **Documents re: 2445 Milton Avenue, Gastonia, North Carolina** | | | | | |
| 57a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 57b | Settlement Statement re: sale to Erby | ✓ | ✓ | Lee | 10-9 |
| 57c | Sales Contract | ✓ | ✓ | Wash Mut | 10-9 |
| 57d | Appraisal | ✓ | ✓ | Wash Mut | 10-9 |
| 57e | Loan Application and file | ✓ | ✓ | Wash Mut | 10-9 |
| 57f | Deed of Trust and Warranty Deed | ✓ | ✓ | Lee | 10-9 |
| 57g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |
| **Documents re: 1129 Midway Drive, Gastonia, North Carolina** | | | | | |
| 58a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 58b | Settlement Statement re: sale to Foster | ✓ | ✓ | Goins Lee | 10-9 |
| 58c | Sales Contract | ✓ | ✓ | Wells Fargo | 10-9 |
| 58d | Appraisal | ✓ | ✓ | Wells Fargo | 10-9 |
| 58e | Loan Application and file | ✓ | ✓ | Dauria Wells Fargo | 10-9 |
| 58f | Deed of Trust and Warranty Deed | ✓ | ✓ | Lee | 10-9 |

*United States v. Cloud, Russell*          Government's Exhibit List, Page 9

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|---|---|---|---|---|---|
| 58g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |
| **Documents re: 8516 Langley Mill Court, Charlotte, North Carolina** | | | | | |
| 59a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 59b | Settlement Statement re: sale to Lytle | ✓ | ✓ | Lee | 10-9 |
| 59c | Sales Contract | ✓ | ✓ | Wash. Mut | 10-9 |
| 59d | Appraisal | ✓ | ✓ | Wash. Mut | 10-9 |
| 59e | Loan Application and file | ✓ | ✓ | Dauria Wash. Mut | 10-9 |
| 59f | Deed of Trust and Warranty Deed | ✓ | ✓ | Wash Mut | 10-9 |
| 59g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |
| 59h | Lender letter | ✓ | ✓ | Wash Mut | 10-9 |
| **Documents re: 2445 Morton Street, Charlotte, North Carolina** | | | | | |
| 60a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 60b | Settlement Statement re: sale to Lytle | ✓ | ✓ | Goines Chase | 10-9 |
| 60c | Sales Contract | ✓ | ✓ | Chase | 10-9 |
| 60d | Appraisal | ✓ | ✓ | Chase | 10-9 |
| 60e | Loan Application and file | ✓ | ✓ | Chase | 10-9 |
| 60f | Deed of Trust and Warranty Deed | ✓ | ✓ | Lee | 10-9 |
| 60g | Attorney's file and disbursement records | ✓ | ✓ | Lee | 10-9 |

*United States v. Cloud, Russell*                    Government's Exhibit List, Page 10

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|------|------|------|-------|---------|---|
| 60h | Reserved | . | | | |
| 60i | Broker file | ✓ | ✓ | GREEN E | 10-9 |
| **Documents re: 610 Bethpage Road, Kannapolis, North Carolina** | | | | | |
| 61a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Cardinal | 10-9 |
| 61b | Settlement Statement re: sale to Lytle | | | Chase | |
| 61c | Sales Contract | | | | |
| 61d | Appraisal | | | | |
| 61e | Loan Application and file | | | | |
| 61f | Deed of Trust and Warranty Deed | | | | |
| 61g | Attorney's file and disbursement records | | | | |
| 61h | Lender letter | | | Chase | |
| 61i | Loan Approval Advice form | ↓ | ↓ | Chase | |
| **Documents re: 5270 Cambridge Bay Drive, Charlotte, North Carolina** | | | | | |
| 62a | Reserved | | | | |
| 62b | Settlement Statement re: sale to Anne Henderson | ✓ | ✓ | Orr | 10-9 |
| 62c | Sales Contract | ✓ | ✓ | | |
| 62d | Appraisal | ✓ | ✓ | Chase | 10-9 |

*United States v. Cloud, Russell*        Government's Exhibit List, Page 11

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| 62e | Loan Application and file | ✓ | ✓ | Henderson Chase  10-9 |
| 62f | Deed of Trust and Warranty Deed | ↓ | ↓ | Orr |
| 62g | Attorney's file and disbursement records | ↓ | ↓ | Orr |
| **Documents re: 14410 Northridge Drive, Charlotte, North Carolina** | | | | |
| 63a | Settlement Statement re: purchase by Henderson | ✓ | ✓ | Henderson Orr  10-9 |
| 63b | Settlement Statement re: sale to Wanke | | | Henderson Chase |
| 63c | Sales Contract | | | |
| 63d | Appraisal | | | |
| 63e | Loan Application and file | | | Henderson |
| 63f | Deed of Trust and Warranty Deed | | | ↓ |
| 63g | Attorney's file and disbursement records | | | Orr  10-9 |
| 63h | Lender letter  Conditional | | | Chase |
| 63i | Lender investigation documents  Conditional | | | Chase |
| 63j | Broker's file | ✓ | ✓ | Greene |
| **Documents re: 2212 W. 7th Street, Gastonia, North Carolina** | | | | |
| 64a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Cardinal  10-9 |
| 64b | Settlement Statement re: sale to Thompson | ✓ | ✓ | Thompson Chase |
| 64c | Sales Contract | ✓ | ✓ | Cardinal |

*United States v. Cloud, Russell*        Government's Exhibit List, Page 12

| NO. | ITEM | ID'D | REC'D | WITNESS |
|------|------|------|-------|---------|
| 64d | Appraisal | ✓ | ✓ | Chase  *10-9* |
| 64e | Loan Application and file | | | Thompson Chase |
| 64f | Deed of Trust and Warranty Deed | | | Cardinal |
| 64g | Attorney's file and disbursement records | | | Cardinal |
| 64h | Reserved | | | |
| 64i | Lender investigation documents *Cond.* | ✓ | ✓ | Chase |
| **Documents re: 5035 Longbow Pointe, Kings Mountain, North Carolina** | | | | |
| 65a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Thompson Cardinal |
| 65b | Settlement Statement re: sale to Thompson | | | Thompson Chase |
| 65c | Sales Contract | | | Cardinal |
| 65d | Appraisal | | | Chase |
| 65e | Loan Application and file | | | Thompson Chase |
| 65f | Deed of Trust and Warranty Deed | | | Cardinal |
| 65g | Attorney's file and disbursement records | | | Cardinal |
| 65h | Reserved | | | |
| 65i | Lender investigation documents *Conditional* | | | Chase |
| **Documents re: 414 N. Davis Street, Dallas, North Carolina** | | | | |
| 66a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Cardinal  *10-9* |

*United States v. Cloud, Russell*                Government's Exhibit List, Page 13

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 66b | Settlement Statement re: sale to Thompson | ✓ | ✓ | Patterson Chase | 10-9 |
| 66c | Sales Contract | | | | |
| 66d | Appraisal | | | | |
| 66e | Loan Application and file | | | Thompson | |
| 66f | Deed of Trust and Warranty Deed | | | | |
| 66g | Attorney's file and disbursement records | | | Cardinal | |
| 66h | Reserved  *oan Approval* | | | Cardinal Thompson | |
| 66i | Lender investigation documents  *Conditional* | ↓ | ↓ | Chase | ↓ |

**Documents re: 5370 Cambridge Bay Drive, Charlotte, North Carolina**

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 67a | Settlement Statement re: purchase by Ann Arnold Homes | ✓ | ✓ | Orr | 10-9 |
| 67b | Settlement Statement re: sale to Lathan | | | Chase | |
| 67c | Sales Contract | | | Chase | |
| 67d | Appraisal | | | Chase | |
| 67e | Loan Application and file | | | Henderson Chase | |
| 67f | Deed of Trust | | | Chase | |
| 67g | Attorney's file and disbursement records | ↓ | ↓ | Orr | ↓ |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 14

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| **Documents re: 14415 Northridge Drive, Charlotte, North Carolina** | | | | |
| 68a | Settlement Statement re: purchase by Ann Arnold Homes | ✓ | ✓ | Orr |
| 68b | Settlement Statement re: sale to Lathan | | | Chase |
| 68c | Sales Contract | | | Orr |
| 68d | Appraisal | | | Chase |
| 68e | Loan Application and file | | | Henderson Orr |
| 68f | Deed of Trust and Warranty Deed | | | |
| 68g | Attorney's file and disbursement records | | | ↓ |
| 68h | Lender letter    Condition | ↓ | ↓ | Chase |
| **Documents re: 5439 Cambridge Bay Drive, Charlotte, North Carolina** | | | | |
| 69a | Settlement Statement re: purchase by Ann Arnold Homes | ✓ | ✓ | Orr |
| 69b | Settlement Statement re: sale to Hogan | | | Chase |
| 69c | Sales Contract | | | Orr |
| 69d | Appraisal | | | Chase |
| 69e | Loan Application and file | | | Chase |
| 69f | Deed of Trust and Warranty Deed | | | Orr |
| 69g | Attorney's file and disbursement records | ↓ | ↓ | Orr |

*10-9* (68 section)
*10-9* (69 section)

*United States v. Cloud, Russell*

Government's Exhibit List, Page 15

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 69h | Lender letter *Conditional* | ✓ | ✓ | Chase | 10-9 |
| **Documents re: 14427 Northridge Drive, Charlotte, North Carolina** | | | | | |
| 70a | Settlement Statement re: purchase by Ann Arnold Homes | ✓ | ✓ | Orr | 10-9 |
| 70b | Settlement Statement re: sale to Eason | | | Chase | |
| 70c | Sales Contract | | | | |
| 70d | Appraisal | | | | |
| 70e | Loan Application and file | | | | |
| 70f | Deed of Trust and Warranty Deed | | | Orr | |
| 70g | Attorney's file and disbursement records | | | Orr | |
| 70h | Lender letter *Conditional* | | | Chase | |
| 70i | Lender investigation documents *Conditional* | ↓ | ↓ | Chase | ↓ |
| **Documents re: 5721 LaGrande Drive, Charlotte, North Carolina** | | | | | |
| 71a | Settlement Statement re: purchase by Ann Arnold Homes | ✓ | ✓ | Orr | 10-9 |
| 71b | Settlement Statement re: sale to Eason | | | Chase | |
| 71c | Sales Contract | | | | |
| 71d | Appraisal | | | | |
| 71e | Loan Application and file | ↓ | ↓ | ↓ | ↓ |

*United States v. Cloud, Russell*

69J - Loan Approval     ✓    ✓    Greene   10-9

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 71f | Deed of Trust and Warranty Deed | ✓ | ✓ | Orr | 10-9 |
| 71g | Attorney's file and disbursement records | | | Orr | |
| 71h | Lender letter *Conditional* | | | Chase | |
| 71i | Reserved | | | | |
| 71j | Lender investigation documents *Conditional* | ✓ | ✓ | Chase | 10-9 |
| **Documents re: 5725 LaGrande Drive, Charlotte, North Carolina** | | | | | |
| 72a | RESERVED | | | | 10-9 |
| 72b | Settlement Statement re: sale to Eason | ✓ | ✓ | Chase | |
| 72c | Sales Contract | | | | |
| 72d | Appraisal | | | | |
| 72e | Loan Application and file | | | ↓ | |
| 72f | Deed of Trust and Warranty Deed | | | Orr | |
| 72g | Attorney's file and disbursement records | ↓ | ↓ | Orr | |
| 72h | Reserved | | | | |
| 72i | Lender investigation documents *Conditional* | ✓ | ✓ | Chase | |
| **Documents re: 5713 LaGrande Drive, Charlotte, North Carolina** | | | | | |
| 73a | Reserved | | | | |
| 73b | Settlement Statement re: sale to Eason | ✓ | ✓ | Chase | |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 17

| NO. | ITEM | ID'D | REC'D | WITNESS |
|------|------|------|-------|---------|
| 73c | Sales Contract | ✓ | ✓ | Chase |
| 73d | Appraisal | ✓ | ✓ | |
| 73e | Loan Application and file | ✓ | ✓ | |
| 73f | Deed of Trust and Warranty Deed | ✓ | ✓ | Orr |
| 73g | Attorney's file and disbursement records | ✓ | ✓ | Orr |
| **Documents re: 134 Redwood Lane, Gastonia, North Carolina** | | | | |
| 74a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Bartniski Whitley |
| 74b | Settlement Statement re: sale to Bartniski | ✓ | ✓ | Bartniski Chase |
| 74c | Sales Contract | ✓ | ✓ | Bartniski |
| 74d | Appraisal | ✓ | ✓ | |
| 74e | Loan Application and file | ✓ | ✓ | Bartniski |
| 74f | Deed of Trust | ✓ | ✓ | Whitley |
| 74g | Attorney's file and disbursement records | ✓ | ✓ | Whitley |
| 74h | Lender letter | ✓ | ✓ | Chase |
| 74i | Lender investigation documents | ✓ | ✓ | |
| 74j | Compliance documents | ✓ | ✓ | |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 18

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| **Documents re: 3101 Fair Oaks Drive, Gastonia, North Carolina** | | | | | |
| 75a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Whitley | 10-9 |
| 75b | Settlement Statement re: sale to Bartniski | ✓ | ✓ | Bartniski Chase | |
| 75c | Sales Contract | ✓ | ✓ | | |
| 75d | Appraisal | ✓ | ✓ | | |
| 75e | Loan Application and file | ✓ | ✓ | Bartniski | |
| 75f | Deed of Trust and Warranty Deed | ✓ | ✓ | Whitley | |
| 75g | Attorney's file and disbursement records | ✓ | ✓ | Whitley | |
| 75h | Reserved | | | | |
| 75i | Lender investigation documents *Conditional* | ✓ | ✓ | Chase | 10-9 |
| 75j | Ltr. to PMI from Chase *Conditional* | ✓ | ✓ | Chase | 10-9 |
| **Documents re: 7423 Monaco Drive, Huntersville, North Carolina** | | | | | |
| 76a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Whitley | 10-9 |
| 76b | Settlement Statement re: sale to Bartniski | ✓ | ✓ | Bartniski Chase | |
| 76c | Sales Contract | ✓ | ✓ | | |
| 76d | Appraisal | ✓ | ✓ | | |
| 76e | Loan Application and file | ✓ | ✓ | Bartniski | |
| 76f | Deed of Trust and Warranty Deed | ✓ | ✓ | Whitley | |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 19

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 76g | Attorney's file and disbursement records | ✓ | ✓ | Bartniski Whitley |
| 76h | Lender letter        Conditional | ✓ | ✓ | Chase |
| 76i | Lender investigation documents   Conditional | ✓ | ✓ | Chase |
| 76j | Loan Approval Advice – Chase | ✓ | 10/15 | Bartniski |
| **Documents re: 2800 Georgia Avenue, Charlotte, North Carolina** | | | | |
| 77a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Whitley |
| 77b | Settlement Statement re: sale to Williams | | | Williams |
| 77c | Sales Contract | | | Williams |
| 77d | Appraisal | | | |
| 77e | Loan Application and file | | | Williams |
| 77f | Deed of Trust and Warranty Deed | | | |
| 77g | Attorney's file and disbursement records | ↓ | ↓ | Williams |
| **Documents re: 8602 Driscoll Court, Charlotte, North Carolina** | | | | |
| 78a | Settlement Statement re: purchase by Henderson | ✓ | ✓ | |
| 78b | Settlement Statement re: sale to Seward | | | |
| 78c | Sales Contract | | | |
| 78d | Appraisal | | | |
| 78e | Loan Application and file | ↓ | ↓ | Greene |
| 78f | Deed of Trust and Warranty Deed | | | |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 20

| NO. | ITEM | ID'D | REC'D | WITNESS | |
|-----|------|------|-------|---------|---|
| 78g | Attorney's file and disbursement records | ✓ | ✓ | Orr | 10-9 |
| 78h | Reserved | | | | |
| 78i | Preliminary Title documents | ✓ | ✓ | Orr | 10-9 |
| 78j | Lender investigation documents *Conditional* | | ✓ | Chase | 10-9 |
| **Documents re: 1017 W. Ridge Street, Charlotte, North Carolina** | | | | | |
| 79a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | Lee | 10-9 |
| 79b | Settlement Statement re: sale to Hoyle | ✓ | ✓ | ↓ | ↓ |
| 79c | Attorney's file and disbursement records | ✓ | ✓ | | |
| **Fraudulent Documents Submitted to Financial Institutions** | | | | | |
| 80 | Fraudulent Verifications of Deposit | | | | |
| 81 | Fraudulent Verifications of Employment | | | | |
| **Documents re: 2317 Jordi Way, Charlotte, North Carolina** | | | | | |
| 82a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | D'Amelio | 10-9 |
| 82b | Settlement Statement re: sale to Brown | ✓ | ✓ | | |
| 82c | Loan Application and file | ✓ | ✓ | ↓ | ↓ |
| **Documents re: 6332 Thelo Drive, Charlotte, North Carolina** | | | | | |
| 83a | Settlement Statement re: purchase by Cloud | ✓ | ✓ | D'Amelio | 10-9 |

*United States v. Cloud, Russell*          Government's Exhibit List, Page 21

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 83b | Settlement Statement re: sale to Brown | ✓ | ✓ | DAmato |
| 83c | Loan Application and file | ✓ | ✓ | ↓ |
| 84-99 | RESERVED | | | |
| **DOCUMENTS REGARDING MONETARY TRANSACTIONS** | | | | |
| **Documents re: loans from Strong and Phillips to Cloud** | | | | |
| 100a | Check No. 1062 dated 6/19/01 for $4,000 from Kenbill to Cloud | ✓ | ✓ | Oglesby |
| 100b | Check No. 2179 dated 10/3/01 for $29,800 from Cloud to Strong | | | |
| 100c | Check No. 2261 dated 11/12/01 for $16,043.83 from Cloud to Strong | | | |
| 100d | Check No. 2303 dated 11/23/01 for $13,000 from Cloud to Strong | | | |
| 100e | Check No. 2422 dated 1/8/02 for $18,182 from Cloud to Kenbill | | | |
| 100f | Check No. 2260 dated 11/12/01 for $7,000 from Cloud to W. Phillips | ↓ | ↓ | ↓ |
| 101-104 | RESERVED | | | |
| **Documents re: payments to Buyers** | | | | |
| 105a | Check No. 1124 dated 3/7/00 for $900 to Mirman from Cloud for 1613 Maribel | ✓ | ✓ | Oglesby |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 22

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 105b | Check No. 1125 dated 3/7/00 for $700 to Mirman from Cloud for 1613 Maribel | ✓ | ✓ | Oglesby First Charter |
| 105c | Check No. 1126 dated 3/8/00 for $1500 to Mirman from Cloud for 1613 Maribel | | | |
| 105d | Check No. 1164 dated 3/7/00 for $3,268.79 to Mirman from Cloud for 1613 Maribel | | | |
| 106a | Check No. 1201 dated 4/11/00 for $500 to Moore from Cloud for 314 E. 4th Ave. | | | |
| 106b | Check No. 1307 dated 7/17/00 for $12,500 to Moore from Cloud for 1017 West Ridge | | | |
| 106c | Check No. 1308 dated 7/17/00 for $5,000 to Moore from Cloud for 1527 Green Circle | | | |
| 106d | Check No. 1238 dated 5/8/00 for $64,500 to Moore from Cloud for 2236-2244 Alma Court | | | |
| 107a | Check No. 1318 dated 7/26/00 for $2,750 to Reid from Cloud for 830 Overhill | | | |
| 107b | Check No. 1379 dated 9/13/00 for $1,100 to Reid from Cloud for 830 Overhill | | | |
| 108a | Check No. 1512 dated 12/17/00 for $225 to Erby from Cloud for 301 Cadillac | | | |
| 108b | Check No. 1553 dated 1/9/01 for $1,137.79 to Erby from Cloud for 2445 Milton, 349 Oates, 301 Cadillac | | | |
| 108c | Check No. 1566 dated 1/22/01 for $1,500 to Erby from Cloud for 231 N. Lackey | ↓ | ↓ | ↓ |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 23

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 108d | Check No. 1575 dated 1/25/01 for $1,500 to Erby from Cloud for 231 N. Lackey | ✓ | ✓ | Oglesby |
| 108e | Check No. 1586 dated 2/8/01 for $1,358 to Erby from Cloud for 2445 Milton, 349 Oates, and 301 Cadillac | | | |
| 108f | Check No. 1604 dated 2/22/01 for $1,000 to Erby from Cloud for 231 N. Lackey | | | |
| 108g | Check No. 2052 dated 7/21/01 for $900 to Erby from Cloud | | | |
| 108h | Check No. 2106 dated 8/31/01 for $1,500 to Erby from Cloud | | | |
| 108i | Check No. 2181 dated 10/3/01 for $1,600 to Erby from Cloud | | | |
| 108j | Check No. 2226 dated 10/29/01 for $1,600 to Erby from Cloud | | | |
| 108k | Check dated 4/30/01 for $1,800 to Erby from Cloud | | | |
| 108l | Cashier's check dated 11/15/00 for $4,800 to Erby | | | |
| 109a | Check No. 1649 dated 3/27/01 for $4,598.21 to Foster from Cloud for 1129 Midway | | | Lee Grines Oglesby |
| 109b | Check No. 1630 dated 3/18/01 for $3,000 to Foster from Cloud for gift deposit for 1129 Midway | ✓ | ✓ | Oglesby |

10-9

*United States v. Cloud, Russell*　　　　　Government's Exhibit List, Page 24

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| 110a | Check No. 2047 dated 7/18/01 for $5,000 to Lytle from Cloud for 8516 Langley Mill | ✓ | ✓ | Oglesby |
| 110b | Check No. 2077 dated 8/6/01 for $3,100 to Lytle from Cloud for 2445 Morton | ✓ | ✓ | Oglesby |
| 111 | Check No. 2032 dated 11/2/01 for $10,000 to Wanke from Henderson | | | |
| 112a | Check No. 2049 dated 7/20/01 for $4,491.46 to Thompson from Cloud for 3312 Eastwood | ✓ | ✓ | Oglesby |
| 112b | Check No. 2098 dated 8/28/01 for $12,850 to Thompson from Cloud for 9255 Hutchinson | ✓ | ✓ | Oglesby |
| 113a | Check No. 2014 dated 10/25/01 for $4,000 to Lathan from Henderson | | | |
| 113b | Check No. 2064 dated 12/11/01 for $5,000 to Lathan from Henderson | | | |
| 113c | Check No. 2082 dated 1/8/02 for $3,500 to Lathan from Henderson | | | |
| 114 | RESERVED | | | |
| 115 | Check No. 2157 dated 4/26/02 for $10,123.37 to Eason from Henderson | ✓ | ✓ | Ogelsby |
| 116a | Check No. 2344 dated 1/3/02 for $5,000 to Bartniski from Cloud for 134 Redwood Lane | ✓ | ✓ | Ogeslby |
| 116b | Check No. 2345 dated 1/3/02 for $5,000 to Bartniski from Cloud for 3101 Fair Oaks | ✓ | ✓ | Bartniski Ogeslby |

*United States v. Cloud, Russell*     Government's Exhibit List, Page 25

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 116c | Check No. 2448 dated 2/8/02 for $5,000 to Bartniski from Cloud for 2001 Stratford | ✓ | ✓ | Oglesby |
| 116d | Check No. 2449 dated 2/8/02 for $2,109.17 to Bartniski from Cloud for 3101 Fair Oaks and 134 Redwood Lane | | | Bartniski |
| 116e | Check No. 2475 dated 3/8/02 for $5,000 to Bartniski from Cloud for 7423 Monaco | | | |
| 117a | Check No. 2002 dated 4/20/05 for $10,000 and Check No. 2003 dated 4/20/05 for $18,000 to Brown from Cloud for 2317 Jordi Way | | | |
| 117b | Check dated 4/11/05 for $17,000 to Brown from Cloud for 6322 Thelo Drive | | | |
| 118-119 | RESERVED | | | |
| Documents re: Payments to Recruiters | | | | |
| 120a | Check No. 1163 dated 3/7/00 for $8,000 to Goines from Cloud | ✓ | ✓ | Goines Oglesby |
| 120b | Check No. 1239 dated 5/8/00 for $533.90 to Goines from Cloud | | | Goines |
| 120c | Check No. 1304 dated 6/16/00 for $191.70 to Goines from Cloud | | | Goines |
| 120d | Check No. 1648 dated 3/27/01 for $572.00 to Goines from Cloud | | | Goines |
| 120e | Check No. 2070 dated 8/3/01 for $1,500 to Goines from Cloud | | | |

*United States v. Cloud, Russell*

Government's Exhibit List, Page 26

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 120f | Check No. 2109 dated 9/1/01 for $2,000 to Goines from Cloud | ✓ | ✓ | Goines Oglesby |
| 120g | Check No. 2374 dated 1/7/02 for $500 to Goines from Cloud | ✓ | ✓ | |
| 121a | Check No. 1655 dated 3/28/01 for $1,000 to Wright from Cloud | ✓ | ✓ | |
| 121b | Check No. 2089 dated 8/20/01 for $1,000 to Wright's former husband from Cloud | ✓ | ✓ | ↓ |
| 121c | Documents re Cloud payments on behalf of Wright | | | |
| 122a | Check No. 2080 dated 1/7/02 for $1,200 to Robinson from Henderson | | | |
| 122b | Check No. 2099 dated 1/30/02 for $500 to Robinson from Henderson | | | |
| 122c | Check No. 2145 dated 4/5/02 for $1,500 to Robinson from Henderson | | | |
| 122-124 | RESERVED | | | |
| **Documents re: Payments to Cloud** | | | | |
| 125a-1 | Check No. 24137 dated 6/6/01 for $10,392.22 to Cloud from Lee's trust account for 10619 Coulport Lane | ✓ | ✓ | Oglesby 10-9 |
| 125a-2 | Check No. 13189 dated 7/26/00 for $13,483.68 to Cloud from Lee's trust account for 830 Overhill. | ✓ | ✓ | Oglesby 10-9 |

*United States v. Cloud, Russell*　　　　　Government's Exhibit List, Page 27

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 125a-3 | Check No. 21574 dated 11/16/00 for $23,584 to Cloud from Lee's trust account for 349 Oates. | ✓ | ✓ | Oglesby |
| 125a-4 | Check No. 21674 dated 11/29/00 for $27,190 to Cloud from Lee's trust account for 2445 Milton. | | | |
| 125a-5 | Check No. 21903 dated 12/15/00 for $2,309.10 to Cloud from Lee's trust account for 5412 Lewis Road. | | | |
| 125a-6 | Check No. 11662 dated 5/12/00 for $300 to Cloud from Lee's trust account for 2301 Sanders. | | | |
| 125a-7 | Check No. 12764 dated 6/29/00 for $30,240 to Cloud from Lee's trust account for 1017 West Ridge and 1527 Green Circle Drive. | | | |
| 125a-8 | Check No. 20640 dated 9/13/00 for $18,000 to Cloud from Lee's trust account for 2449 Morton Street. | | | |
| 125a-9 | Check No. 22217 dated 1/23/01 for $10,960 to Cloud from Lee's trust account for 231 N. Lackey. | | | |
| 125a-10 | Check No. 22809 dated 3/26/01 for $19,608.63 to Cloud from Lee's trust account for 11850 Broadwater Lane. | | | |
| 125a-11 | Cashier Check No. 4689665 dated 10/3/00 for $33,630 to Cloud for 301 Cadillac Street. | | | |
| 125a-12 | Cashier Check No. 4564460 dated 6/15/00 for $19,719.83 to Cloud for 8601 First Run. | | | |

10-9

*United States v. Cloud, Russell*

Government's Exhibit List, Page 28

| NO. | ITEM | ID'D | REC'D | WITNESS |
|------|------|------|-------|---------|
| 125a-13 | Cashier Check No. 4486239 dated 5/18/00 for $28,445.03 to Cloud for 2301 Sanders. | ✓ | ✓ | (Ogleston) |
| 125a-14 | Cashier Check No. 4486216 dated 5/5/00 for $94,996.80 to Cloud for 2236-2244 Alma Court | | | |
| 125b-1 | Check No. 12166 dated 6/25/03 for $7,058.50 to Cloud from Orr's trust account for 13401 Walker's Creek Drive. | | | |
| 125b-2 | Check No. 11642 dated 1/29/03 for $46,130.49 to Cloud from Orr's trust account for 236 Townpark Drive. | | | |
| 125b-3 | Check No. 12859 dated 9/5/03 for $16,928.41 to Cloud from Orr's trust account. | | | |
| 125b-4 | Check No. 12875 dated 9/17/03 for $15,606.01 to Cloud from Orr's trust account for 1609 Forest Stream. | | | |
| 125b-5 | Check No. 12880 dated 9/17/03 for $8,651 to Cloud from Orr's trust account for 1609 Forest Stream. | | | |
| 125b-6 | Check No. 12897 dated 9/23/03 for $11,446.13 to Cloud from Orr's trust account for 4510 Keeneland Lane. | | | |
| 125b-7 | Check No. 12924 dated 10/3/03 for $4,782.50 to Cloud from Orr's trust account for 4203 Bryan Furr Drive. | | | |
| 125b-8 | Check No. 12993 dated 11/5/03 for $26,850 to Cloud from Orr's trust account for 107 Croft Drive. | ↓ | ↓ | ↓ |

10-9

*United States v. Cloud, Russell*          Government's Exhibit List, Page 29

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 125b-9 | Check No. 12994 dated 11/6/03 for $4,353 to Cloud from Orr's trust account for 107 Croft Drive. | ✓ | ✓ | Oglesby |
| 125b-10 | Check No. 11261 dated 9/25/02 for $69,851.26 to Cloud from Orr's trust account. | | | |
| 125b-11 | Check No. 11436 dated 11/6/02 for $17,399.11 to Cloud from Orr's trust account for 117 Scotland Ridge. | | | |
| 125b-12 | Check No. 11437 dated 11/6/02 for $2,959.08 to Cloud from Orr's trust account for 117 Scotland Ridge. | | | |
| 125b-13 | Check No. 11564 dated 12/30/02 for $23,550.57 to Cloud from Orr's trust account for 5002 Bodie Lane. | | | |
| 125c-1 | Check No. 49443 dated 9/27/01 for $28,136.36 to Cloud from Cardinal's trust account for 414 N. Davis. | | | |
| 125c-2 | Check No. 49608 dated 9/27/01 for $27,709.59 to Cloud from Cardinal's trust account for 5035 Longbow Point. | | | |
| 125c-3 | Check No. 50445 dated 11/9/01 for $45,766 to Cloud from Cardinal's trust account for 610 Bethpage. | | | |
| 125c-4 | Check No. 50807 dated 11/26/01 for $65,009 to Cloud from Cardinal's trust account for 504 Sunnybrook. | ↓ | ↓ | ↓ |

10-9

*United States v. Cloud, Russell*          Government's Exhibit List, Page 30

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 125c-5 | Check No. 52823 dated 2/6/02 for $63,080.05 to Cloud from Cardinal's trust account for 2001 Stratford. | ✓ | ✓ | Oglesby |
| 125c-6 | Check No. 033579833 dated 8/16/01 for $4,309.33 to Cloud from Cardinal for 2212 W. 7th Street | | | |
| 125d-1 | Check No. 3273 dated 12/27/01 for $38,211.99 to Cloud from Whitley's trust account for 134 Redwood. | | | |
| 125d-2 | Check No. 3274 dated 12/31/01 for $33,318.25 to Cloud from Whitley's trust account for 3101 Fair Oaks. | | | |
| 125d-3 | Check No. 3549 dated 3/1/02 for $17,504.62 to Cloud from Whitley's trust account for 7423 Monaco Drive. | | | |
| 125d-4 | Check No. 22304 dated 4/23/02 for $46,349.77 to Cloud from Whitley's trust account for 2313 Gladiateur Court. | | | |
| 125d-5 | Check No. 22377 dated 5/2/02 for $42,346.98 to Cloud from Whitley's trust account for 2800 Georgia Avenue. | | | |
| 125d-6 | Check No. 22712 dated 6/20/02 for $13,496.06 to Cloud from Whitley's trust account for 1104 W. Fifth Avenue. | | | |
| 125e-1 | Check No. 12123 dated 3/5/04 for $23,090.92 to Cloud from D'Amelio's trust account for 915 W. Walnut. | ↓ | ↓ | ↓ |

10-9

*United States v. Cloud, Russell*          Government's Exhibit List, Page 31

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| 125e-2 | Check No. 12475 dated 3/15/04 for $44,025 to Cloud from D'Amelio's trust account for 6311 Creft Circle. | ✓ | ✓ | Oglesby |
| 125e-3 | Check No. 13710 dated 4/26/04 for $26,858 to Cloud from D'Amelio's trust account for 1715 Hartford. | | | |
| 125e-4 | Check No. 13744 dated 4/27/04 for $1,000 to Cloud from D'Amelio's trust account for 1715 Hartford. | | | |
| 125e-5 | Check No. 20398 dated 11/9/04 for $51,647.55 to Cloud from D'Amelio's trust account for 3700 Arthur. | | | |
| 125e-6 | Check No. 24435 dated 2/17/05 for $46,825 to Cloud from D'Amelio's trust account for 420 Stolz Road. | | | |
| 125e-7 | Check No. 25303 dated 4/8/05 for $53,368.23 to Cloud from D'Amelio's trust account for 6332 Thelo Drive. | | | |
| 125e-8 | Check No. 25556 dated 4/21/05 for $2,970.33 to Cloud from D'Amelio's trust account for 2317 Jordi Way. | | | |
| 125e-9 | Check No. 25551 dated 4/21/05 for $48,127.78 to Cloud from D'Amelio's trust account for 2317 Jordi Way. | | | |
| 125e-10 | Check No. 25475 dated 4/19/05 for $500 to Cloud from D'Amelio's trust account for 2317 Jordi Way. | ↓ | ↓ | ↓ |

10-9

*United States v. Cloud, Russell*          Government's Exhibit List, Page 32

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 125e-11 | Check No. 26496 dated 6/1/05 for $500 to Cloud from D'Amelio's trust account for 2540 Carroll Street. | ✓ | ✓ | |
| 125e-12 | Check No. 26589 dated 6/6/05 for $1,000 to Cloud from D'Amelio's trust account for 2540 Carroll Street. | | | |
| 125e-13 | Check No. 27633 dated 7/26/05 for $19,049.76 to Cloud from D'Amelio's trust account for 135 Todd Street. | | | |
| 125e-14 | Check No. 26496 dated 6/1/05 for $500 to Cloud from D'Amelio's trust account for 2540 Carroll Street. | | | |
| 125e-15 | Check No. 29465 dated 9/23/05 for $22,660.09 to Cloud from D'Amelio's trust account for 6636 Paul Schadt Lane. | | | |
| 125f-1 | Check No. 3379 dated 8/28/01 for $2,440.03 to Cloud from Brown's trust account for 2001 Sloan Street. | | | |
| 125f-2 | Check No. 3380 dated 8/28/01 for $84,504.26 to Cloud from Brown's trust account for 9255 Hutchinson Lane. | ↓ | ↓ | |
| 126.1 126.2 | Check No. 2033 dated 11/5/01 for $5,000 and and Check No. 2038 11/10/01 for $5,000 to Cloud from Henderson for 14410 Northridge | ✓ | 10/16 | Henderson Greene |
| 127a | Check No. 1662 dated 10/6/99 for $2,500 to Cloud from Bryant | ✓ | ✓ | O'Lesley) |

*United States v. Cloud, Russell*          Government's Exhibit List, Page 33

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| 127b | Check No. 3954 11/30/99 for $7,268.76 to Cloud from Bryant | ✓ | ✓ | Oglesby  10-9 |
| 127c | Check No. 1822 dated 1/18/00 for $2,500 to Cloud from Bryant | ✓ | ✓ | Oglesby  10-9 |
| 128-129 | RESERVED | | | |
| **Documents re: Cloud payments to Dauria** | | | | |
| 130a-b | Reserved | | | |
| 130c | Check No. 1123 dated 3/7/00 for $7,500 to Dauria from Cloud | ✓ | ✓ | Dauria  10-9 Oglesby |
| 130d | Check No. 1319 dated 7/27/00 for $1,500 to Dauria from Cloud | ↓ | ↓ | Dauria |
| 130e | Check No. 1251 dated 5/18/00 for $3,700 to Dauria from Cloud | ↓ | ↓ | Dauria  ↓ |
| 131-134 | RESERVED | | | |
| **Documents re: Payments to Russell** | | | | |
| 135a | Check No. 7946 dated 4/17/01 for $2,000 to Russell from Greene | ✓ | ✓ | Wachovia  10-9 |
| 135b | Check No. 8119 dated 6/21/01 for $300 to Russell from Greene | ✓ | ✓ | Greene  10-11 |
| 135c | Check No. 8155 dated 7/12/01 for $500 to Russell from Greene | ✓ | ✓ | Greene  10-11 |

*United States v. Cloud, Russell*          Government's Exhibit List, Page 34

| NO. | ITEM | ID'D | REC'D | WITNESS |
|------|------|------|-------|---------|
| 135d | Check No. 8180 dated 7/22/01 for $1,000 to Russell from Greene | ✓ | ✓ | Greene |
| 135e | Check No. 8184 dated 7/24/01 for $1,250 to Russell from Greene | ✓ | ✓ | Greene |
| 135f | Check No. 8275 dated 8/21/01 for $1,000 to Russell from Greene | ✓ | ✓ | Wachovia — 10-9 |
| 135g | Check No. 8377 dated 9/9/01 for $500 to Russell from Greene | ✓ | ✓ | |
| 135h | Check No. 8418 dated 9/26/01 for $300 to Russell from Greene | ✓ | ✓ | |
| 135i | Check No. 8479 dated 10/8/01 for $1,884 to Russell from Greene | ✓ | ✓ | |
| 135j | Check No. 8521 dated 10/22/01 for $2,900 to Russell from Greene | ✓ | ✓ | |
| 135k | Check No. 8562 dated 10/31/01 for $800 to Russell from Greene | ✓ | ✓ | |
| 135l | Check No. 8598 dated 11/13/01 for $1,000 to Russell from Greene | ✓ | ✓ | |
| 135m | Check No. 8649 dated 11/29/01 for $200 to Russell from Greene | ✓ | ✓ | |
| 135n | Check No. 8678 dated 12/7/01 for $1,800 to Russell from Greene | ✓ | ✓ | |
| 135o | Check No. 8726 dated 12/17/01 for $3,500 to Russell from Greene | ✓ | ✓ | ✓ |

*United States v. Cloud, Russell*

135F-1- NC Warranty Deed
135F-2 - Loan Approval Advice
135F-3 - Loan Application

✓ ✓ Strong — 10-9
✓ ✓ Strong
Strong

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 135p | Check No. 8757 dated 12/24/01 for $1,000 to Russell from Greene | ✓ | ✓ | Greene    10-9 |
| 135q | Check No. 8823 dated 12/31/01 for $1,000 to Russell from Greene | ✓ | ✓ | Henderson Greene    10-9 |
| 135r | Reserved | | | |
| 135s | Check No. 8824 dated 12/31/01 for $600 to Russell from Greene | ✓ | ✓ | Greene    10-9 |
| 135t | Check No. 8831 dated 1/7/02 for $600 to Russell from Greene | ✓ | ✓ | Greene |
| 135u | Check No. 8854 dated 1/14/02 for $4,506 to Russell from Greene | ✓ | ✓ | Greene |
| 135v | Check No. 8892 dated 1/28/02 for $2,400 to Russell from Greene | ✓ | ✓ | |
| 135w | Check No. 8940 dated 2/8/02 for $1,000 to Russell from Greene | ✓ | ✓ | |
| 135x | Check No. 9028 dated 3/6/02 for $3,000 to Russell from Greene | ✓ | ✓ | |
| 135y | Check No. 9066 dated 3/22/02 for $1,800 to Russell from Greene | ✓ | ✓ | |
| 135z | Check No. 9166 dated 4/3/02 for $1,000 to Russell from Greene | ✓ | ✓ | |
| 135aa | Check No. 9157 dated 4/16/02 for $1,100 to Russell from Greene | ✓ | ✓ | Henderson |

*United States v. Cloud, Russell*        Government's Exhibit List, Page 36

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 135bb | Check No. 9377 dated 7/2/02 for $1,000 to Russell from Greene | ✔ ✓ | ✓ | Greene Henderson Wachovia  10-9 |
| 135cc | Check No. 10360 dated 7/10/03 for $2,700 to Russell from Greene | | | |
| 136a | Russell cash deposit dated 5/3/01 for $500 | ✓ | ✓ | Sauls |
| 136b | Russell cash deposit dated 7/26/01 for $1,100 | ✓ | | Sauls Wachovia  10-9 |
| 136c | Russell cash deposit dated 8/1/01 for $1,100 | ✓ | | Sauls |
| 136d | Russell cash deposit dated 8/8/01 for $1,500 | ✓ | | Sauls |
| 136e | Russell cash deposit dated 8/21/01 for $890 at 11:21 a.m. | ✓ | | Sauls |
| 136f | Russell cash deposit dated 8/21/01 for $500 at 3:47 p.m. | ✓ | | Sauls |
| 136g | Russell cash deposit dated 8/29/01 for $800 | ✓ | | Sauls |
| 136h | Russell cash deposit dated 8/31/01 for $400 | ✓ | | Sauls |
| 136i | Russell cash deposit dated 9/4/01 for $400 | ✓ | | Sauls |
| 136j | Russell cash deposit dated 9/7/01 for $4,000 | ✓ | | Sauls |
| 136k | Russell cash deposit dated 9/19/01 for $2,400 | ✓ | | Sauls |
| 136l | Russell cash deposit dated 9/24/01 for $800 | ✓ | | Sauls |
| 136m | Russell cash deposit dated 9/28/01 for $400 | ✓ | | Sauls |
| 136n | Russell cash deposit dated 10/2/01 for $1,900 | ✓ | ✓ | Sauls |

*United States v. Cloud, Russell*     Government's Exhibit List, Page 37

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| 136o | Russell cash deposit dated 10/4/01 for $1,800 | ✓ | ✓ | Sauls Wachovia 10-9 |
| 136p | Russell cash deposit dated 10/22/01 for $1,500 | | | Sauls |
| 136q | Russell cash deposit dated 11/2/01 for $800 | | | Sauls |
| 136r | Russell cash deposit dated 11/5/01 for $500 | | | Sauls |
| 136s | Russell cash deposit dated 11/16/01 for $500 | | | Sauls |
| 136t | Russell cash deposit dated 11/30/01 for $1,100 | | | Sauls |
| 136u | Russell cash deposit dated 1/9/02 for $1,000 | | | Sauls |
| 136v | Russell cash deposit dated 2/8/02 for $600 | | | Sauls |
| 136w | Russell cash deposit dated 2/14/02 for $800 | | | Sauls |
| 136x | Russell cash deposit dated 2/25/02 for $2,000 | | | Sauls |
| 136y | Russell cash deposit dated 2/27/02 for $500 | | | Sauls |
| 136z | Russell cash deposit dated 3/3/02 for $500 | | | Sauls |
| 136aa | Russell cash deposit dated 3/7/02 for $700 | | | Sauls |
| 136bb | Russell cash deposit dated 3/8/02 for $850 | | | Sauls |
| 136cc | Russell cash deposit dated 4/4/02 for $600 | | | Sauls |
| 136dd | Russell cash deposit dated 5/1/02 for $2,600 | | | Sauls |
| 136ee | Russell cash deposit dated 8/26/02 for $700 | | | Sauls |
| 136ff | Russell cash deposit dated 9/23/02 for $900 | ↓ | ↓ | Sauls |

*United States v. Cloud, Russell*            Government's Exhibit List, Page 38

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 136gg | Russell cash deposit dated 2/10/03 for $660 | ✓ | Conditional | Wachovia | 10-9 |
| 136hh | Russell cash deposit dated 12/2/03 for $800 | | | |
| 137a | Check No. 5158 dated 7/5/01 for $500 to Russell from First Choice Mortgage/Makinde | ✓ | 10/16 | Sauls |
| 137b | Check No. 0101 dated 8/30/01 for $500 to Russell from First Choice Mortgage/Makinde | ✓ | 10/16 | Sauls |
| 137c | Check No. 2206 dated 10/5/01 for $600 to Russell from First Choice Mortgage/Makinde | ✓ | 10/16 | Sauls Greene |
| 137d | Check No. 5086 dated 2/2/02 for $1,000 to Russell from First Choice Mortgage/Makinde | ✓ | 10/16 | Sauls |
| 138a | Check No. 1056 dated 3/4/01 for $600 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |
| 138b | Check No. 0249 dated 3/27/01 for $500 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |
| 138c | Check No. 1060 dated 5/8/01 for $500 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |
| 138d | Check No. 0338 dated 2/5/02 for $1,600 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |
| 138e | Check No. 0313 dated 4/9/02 for $800 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |
| 138f | Check No. 0394 dated 5/6/02 for $500 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |
| 138g | Check No. 0429 dated 7/2/02 for $1,700 to Russell from Erison Mortgage/Peterson | ✓ | 10/15 | Greene |

*United States v. Cloud, Russell*          Government's Exhibit List, Page 39

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 138h | Check No. 0436 dated 7/15/02 for $500 to Russell from Erison Mortgage/Peterson | *w* ✓ | 10/15 Conditical | Greene WArchere | 10-9 |
| 139-49 | RESERVED | | | |
| **Funds Supposedly Provided by Buyers at Closing** | | | | |
| 150a | Reserved | | | |
| 150b | Money order dated 10/01/99 for 1301 Fontana Avenue closing supposedly provided by Mirman | ✓ | ✓ | Lee | 10-9 |
| 151a | Bank record dated 1/22/01 showing Cloud's purchase of cashier's check for 231 N. Lackey Street closing | ✓ | ✓ | Oglesby |
| 151b | Cashier's check dated 1/22/01 for 231 N. Lackey Street closing supposedly provided by Erby | ✓ | ✓ | Oglesby |
| 152a | Bank record dated 11/28/00 showing Cloud's purchase of cashier's check for 2445 Milton Avenue closing | ✓ | ✓ | Dauria Oglesby |
| 152b | Cashier's check dated 11/28/00 for 2445 Milton Avenue closing supposedly provided by Erby | ✓ | ✓ | Dauria Lee |
| 153a | Bank record dated 8/24/01 showing Cloud's purchase of cashier's check for 9255 Hutchinson Lane closing | ✓ | ✓ | Oglesby |
| 153b | Cashier's check dated 8/24/01 for 9255 Hutchinson Lane closing supposedly provided by Thompson | ✓ | ✓ | Oglesby |

139 (a)  ✓  10/17  Saul / Taylor
139 (b)  ✓  10/17  saul / Taylor

*United States v. Cloud, Russell*         Government's Exhibit List, Page 40

| NO. | ITEM | ID'D | REC'D | WITNESS |
|-----|------|------|-------|---------|
| 154a | Bank record dated 5/16/01 showing Cloud's purchase of cashier's check for 8516 Langley Mill Court closing | ✓ | ✓ | Oglesby |
| 154b | Cashier's check dated 5/16/01 for 8516 Langley Mill Court closing supposedly provided by Lytle | ✓ | ✓ | Oglesby |
| 155a | Bank record dated 11/12/01 showing Cloud's repayment of loan for cashier's check for 610 Bethpage Road closing | | ✓ | Oglesby |
| 155b | Cashier's check dated 11/9/01 for 610 Bethpage Road closing supposedly provided by Lytle | ✓ | ✓ | Cardinel |
| 156a | Bank record dated 4/20/05 showing Cloud's repayment of loan for cashier's check for 2317 Jordi Way closing | ✓ | ✓ | Oglesby |
| 156b | Cashier's check for $10,000 and $5,000 dated 4/20/05 for 2317 Jordi Way closing supposedly provided by Brown | ✓ | ✓ | DAmalio |

The government reserves the right to add additional exhibits other than those listed herein as may be referred to in the government's case file or as may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

*United States v. Cloud, Russell*            Government's Exhibit List, Page 41

RESPECTFULLY SUBMITTED, this 9th day of October, 2007.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

**s/ Kurt W. Meyers**
Assistant United States Attorney
DC Bar Number: 490500
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: Kurt.Meyers@usdoj.gov

*United States v. Cloud, Russell*                    Government's Exhibit List, Page 42

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2007, the foregoing document was served upon the defendants by hand delivery to Kevin Tate and Kimberly Best, counsel for defendants.

GRETCHEN C.F. SHAPPERT.
UNITED STATES ATTORNEY

**s/ Kurt W. Meyers**
Assistant United States Attorney
DC Bar Number: 490500
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: Kurt.Meyers@usdoj.gov