IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00096-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WILLIAM CLOUD, | ) | |
| Defendant. | ) | |

THE MATTER is before the Court on Defendant's Motion for Reconsideration to Rescind Post-Conviction Detention Order (Doc. No. 155) and Defendant's Motion to Withdraw Motion to Rescind Post-Conviction Detention Order (Doc. No. 158). Also before the Court is Defendant's Motion for Extension of Time to File Notice of Appeal (Doc. No. 159).

For the reasons stated in Defendant's Motion to Withdraw (Doc. No. 158), it is GRANTED. The Clerk's Office is DIRECTED to termination the Motion for Reconsideration (Doc. No. 155) as WITHDRAWN.

Finally, Defendant's Motion for Extension of Time to File Notice of Appeal of the Court's Post-Conviction Detention Order (Doc. No. 159) is DENIED AS MOOT. While that motion was pending, the United States Court of Appeals for the Fourth Circuit affirmed this Court's Post-Conviction Detention Order (see Doc. No. 165).

IT IS SO ORDERED.

Signed: September 17, 2008

Frank D. Whitney
United States District Judge