UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:06cr96 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| WILLIAM CLOUD, | ) | |
| Defendant | ) | |

Defendant William Cloud, acting *pro se*, mailed a lengthy letter (dated August 5, 2009)[1] to the Court raising numerous issues his criminal case. Under the local rules of this District, this Court ordinarily will not entertain *pro se* motions filed by criminal defendants who are still represented by counsel. LcrR 47.1(H).

Defendant, however, raises the issue of ineffective assistance of counsel. Because this may raise a conflict of interest between the Defendant and his counsel, the Court believes that it is necessary to hold a **Status of Counsel hearing on Thursday, October 8, 2009, at 2:00 pm in Courtroom Number 1 of the Charles R. Jonas Federal Building**, so the Court can insure that counsel may continue to represent the Defendant at sentencing.

All other issues in the *pro se* letter dated August 5, 2009, will not be entertained or heard

---

[1] Although the letter was dated August 5, 2009, the undersigned judge's chambers did not receive the letter until September 21, 2009.

since counsel has not raised them. Defendant may raise those other issues through counsel or in the future in his direct appeal or in a collateral civil action, as appropriate.

IT IS SO ORDERED.

Signed: September 22, 2009

Frank D. Whitney
United States District Judge