UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00096-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | |
| (1) WILLIAM ROOSEVELT CLOUD, ) | ORDER |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's *pro se* Motion for Compassionate Release. (Doc. No. 307).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: January 5, 2021

Frank D. Whitney
United States District Judge

1