IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-CR-00096-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| v. | ) **ORDER**<br>) |
| WILLIAM ROOSEVELT CLOUD, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion for Admission Pro Hac Vice and Affidavit [for Erin M. Hallagan]" (document # 311) filed February 25, 2021. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 26, 2021

David S. Cayer
United States Magistrate Judge