UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06-cr-00096-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| (1) WILLIAM ROOSEVELT CLOUD, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's *unopposed* Motion to Stay (Doc. No. 313). For the reasons stated in the Government's motion, and for good cause shown, the motion is GRANTED. This Order, upon its signing, vacates the Court's previous Order (Doc. No. 305), therefore; the Government need not respond to Defendant's Motion (Doc. No. 307) until his Supplemental Motion is filed.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 313), is **GRANTED**. The Defendant's Motion for Compassionate Release (Doc. No. 307) shall be held in abeyance pending Defendant's filing of his Supplemental Motion.

IT IS SO ORDERED.

Signed: March 4, 2021

Frank D. Whitney
United States District Judge

1