UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: 3:06-CR-96-FDW |
| v. ) | |
| WILLIAM ROOSEVELT CLOUD, ) | **ORDER** |
| Defendant. ) | |

THE Court, *sua sponte*, hereby vacates and strikes Document Nos. 316 and 316-1 as frivolous and inconsistent with mandatory restitution as imposed in Defendant's original judgment and sentence. See Title 18 U.S.C. Section 3663A. Defendant may neither discharge his personal obligations of restitution, fine, forfeiture, and assessments, nor transfer to or exchange his personal obligations with any third party, including but not limited to the "WILLIAM ROOSEVELT CLOUD TRUST, TERRANCE MILHOLLAND EXECUTOR TTEE".

IT IS SO ORDERED.

Signed: September 16, 2021

Frank D. Whitney
United States District Judge